1  | ALAN H. MARTIN, Cal. Bar No. 132301
   | amartin@sheppardmullin.com
2  | MICHAEL A. WALLIN, Cal. Bar No. 240344
   | mwallin@sheppardmullin.com
3  | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   | 650 Town Center Drive, 4th Floor                    **JS-6**
4  | Costa Mesa, California  92626-1993
   | Telephone:  714-513-5100
5  | Facsimile:   714-513-5130
   | mwallin@sheppardmullin.com
6  |
   | Attorneys for Real-Plaintiff-In-Interest
7  | RecoverEdge, L.P.

8
                       UNITED STATES DISTRICT COURT
9
                      CENTRAL DISTRICT OF CALIFORNIA
10
                       EASTERN DIVISION-RIVERSIDE
11

12
| AMTRUST BANK,                     | Case No. EDCV 10-98 JHN (OPx)
13 |
   |              Plaintiff,          |
14 |                                 | **JUDGMENT AGAINST MARIO
   |       v.                        | ALVAREZ AND GEORGE
15 |                                 | ALVAREZ**
   | LUIS R. TRUJILLO, MARIO         |
16 | ALVAREZ, GEORGE ALVAREZ,        |
   | CALIFORNIA COVE AT SANTA        |
17 | ROSA, LLC, and DOES 1 through 100, |
   | inclusive,                      |
18 |                                 |
   |              Defendants.        |
19 | _____|
   |                                 |
20 | AND RELATED COUNTERCLAIM.       |

21

22

23

24          Pursuant to the Stipulation for Entry of Judgment Against Mario

25   Alvarez and George Alvarez (the "Stipulation") between RecoverEdge, L.P.,

26   on the one hand, and Mario Alvarez and George Alvarez, on the other hand:

27

28          IT IS ORDERED, ADJUDGED, and DECREED that:

1.      The Stipulation is approved.

2.      Judgment is hereby entered against Mario Alvarez, in favor of RecoverEdge, L.P., in the amount of $14,677,877.29, plus an additional $2,877.53 per day after December 6, 2011.  Said liability is to be joint and several.

3.      Judgment is hereby entered against George Alvarez, in favor of RecoverEdge, L.P., in the amount of $14,677,877.29, plus an additional $2,877.53 per day after December 6, 2011.  Said liability is to be joint and several.

4.      Following entry of the above-described judgments, this action shall be dismissed in its entirety, without prejudice.

5.      This Court shall retain jurisdiction for the purpose of making any further orders necessary for the construction or modification of the above-described judgments, the enforcement of the judgments, and the punishment of any violation of the judgments.

Dated:    January 17, 2012    _____

JACQUELINE H. NGUYEN
United States District Court

PROOF OF SERVICE

<u>STATE OF CALIFORNIA, COUNTY OF ORANGE</u>

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 650 Town Center Drive, 4th Floor, Costa Mesa, California 92626-1993.

On **January 17, 2012**, I served the following document described as **JUDGMENTS AGAINST MARIO ALVAREZ AND GEORGE ALVAREZ** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Mark Curtis Fields, Esq.
Law Offices of Mark C. Fields APC
21515 Hawthorne Boulevard,
Suite 450
Torrance, California  90503

**BY MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 17, 2012**, at Costa Mesa, California.

_____
Margaret N. Manns